late Division, Second Department. April 25, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Ellen TIFFANY, as administratrix, etc., of Charles A. Tiffany, deceased, v. DELAWARE & NORTHERN RAILROAD COMPANY (two cases). (Supreme Court, Appellate Division, Third Department. May 11, 1916.) Motion granted by default.

Samuel U. TILTON and ano., Respts., v. PUTNAM–HOOKER COMPANY, Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Judgment and order, affirmed with costs. No opinion. Order filed.

TIRRILL GAS MACHINE LIGHTING COMPANY, respt., v. Yetta GOLDBERG and Isaac L. Singer, applts. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment modified, by striking therefrom the provision as to a deficiency judgment, and as modified unanimously affirmed, with costs. Cochrane, J., not sitting.

Lucille TOMPKINS, respondent, v. Edward YALE, appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Mills, and Rich, JJ., concur. Carr, J., not voting.

Vincenzo TORIELLO, Respt., v. Henry DOSCHER et al., Applts. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Alfred H. TOWNLEY, as receiver, etc., Respondent, v. IMPORT CHEMICAL COMPANY and Edward C. Riebe, impleaded, etc., Appellants. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Appeal from Special Term, New York County. Action by Alfred H. Townley, as receiver, etc., against the Import Chemical Company and Edward C. Riebe, impleaded, etc. From an order denying a motion to separately state and number the causes of action in amended complaint, defendants appeal. Affirmed.

PER CURIAM. Upon the complaint as framed, we are satisfied that there is but one cause of action attempted to be set forth. Upon the question whether there is a cause of action which would withstand demurrer, we express no opinion. See In re Bouker Contracting Co. v. Callahan Contracting Co., 92 Misc. Rep. 241, 155 N. Y. Supp. 543, affirmed by this court on opinion of Lehman, J., at appellate Term, Jan. 14, 1916, 156 N. Y. Supp. 1116. The order appealed from is therefore affirmed, with $10 costs and disbursements. Order filed.

Louis TREEMERMAN, appellant, v. David J. FRANK et al., etc., respondents. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment unanimously affirmed, with costs. No opinion.

Eva TROP v. Samuel BLUMBERG. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Application denied, with $10 costs. Order signed.

Eva TROP v. Herman H. KAHN. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Application denied, with $10 costs. Order signed.

TROY WASTE MANUFACTURING COMPANY, respt., v. The NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Motion denied. Cochrane, J., not sitting.

Benjamin TUSKA, Applt., v. Gustav R. TUSKA, indy., and ano., impld., Respts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Cornelius P. TWOMEY v. WESTCOTT EXPRESS CO. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted, with $10 costs. Order filed.

Daniel G. UNDERWOOD and another v. John P. AHRENS. (Supreme Court, Appellate Division, Third Department. May 11, 1916.) Motion granted, without costs.

UNITED STATES TRUST CO. OF NEW YORK, Respt., v. Isabel H. BANGS et al., impld., Applts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Judgment affirmed, with costs. No opinion. (Smith, J., dissenting.) Order filed.

Matter of UVALDE CONTRACTING CO., Applt., v. Douglas MATHEWSON and ano., Respt. (two cases). (Supreme Court, Appellate Division, First Department. April 28, 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Orders filed.

George C. VAN TUYL, Jr., as Supt. of Banks, etc., Applt., v. Charles M. SCHWAB et al., Respts. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of Alfred W. VARIAN. In the Matter of SOCIETE FRANCAISE DES FILMS, etc. (Supreme Court, Appellate Division, First Department. October, 1915.) See memorandum per curiam.

In the Matter of the Probate of the Last Will and Testament of Emma L. VEAZIE, deceased. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order of Surrogate's Court modified, by striking out the provision vacating the original decree and directing the entry of a new decree, and by inserting in lieu thereof a provision directing that the original decree be amended in relation to costs so as to conform to the decision; and as so modified the order is affirmed, without costs of this appeal to either party. Held, that the